UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FRANKENMUTH INSURANCE COMPANY, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | No. 1:25-cv-01327-JMS-MG |
| | ) | |
| MICHIANA GLOBAL MOLD and DANA LIGHT | ) | |
| AXLE MFG., LLC, | ) | |
| | ) | |
| *Defendants*. | ) | |

## ORDER

On July 2, 2025, Plaintiff filed its Complaint in this case. [Filing No. 1.] Also on July 2, 2025, Plaintiff filed the pending Motion to Change Venue to Correct District, asserting that it mistakenly filed the case in the Southern District of Indiana and should have filed the case in the Northern District of Indiana, South Bend Division. [Filing No. 4.]

Under 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought . . . ." "[T]he overarching consideration under § 1404(a) is whether a transfer would promote 'the interest of justice.'" *Atlantic Marine Constr. Co. v. U.S. Dist. Ct. for W. Dist. of Tex.*, 571 U.S. 49, 63 (2013).

This case should have been brought in the Northen District of Indiana, South Bend Division, [Filing No. 1 at 2], *see* 28 U.S.C. § 1391, and Defendants have not yet been served. For these reasons, and in consideration of the convenience of the parties and witnesses as well as the interest of justice, the Court **GRANTS** Plaintiff's Motion to Change Venue to Correct District. [Filing No. 3.] The **CLERK** is **DIRECTED** to **TRANSFER** this case to the Northern District of Indiana, South Bend Division. Counsel is cautioned to pay attention to detail in the future.

1

Date: 7/3/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**